UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:26-CR-_____ |
| vs. | 18 U.S.C. § 4 |
| **KAYLA TISDALE** | **INFORMATION** |

## COUNT 1
### *Misprision of Felony*

THE U.S. ATTORNEY CHARGES:

That on or about 2022 through 2024, in the District of South Carolina, the Defendant, **KAYLA TISDALE**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Money Laundering in violation of 18 U.S.C. §§ 1956 and 1957, did conceal the same by hiding illegally obtained assets, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States;

In violation of Title 18, United States Code, Section 4.

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Everett McMillian
Assistant United States Attorney
401 W. Evans Street, Room 222
Florence, SC 29501